1

2

3

4

**IN THE UNITED STATES DISTRICT COURT**

5

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

6

7 | JASON BARKE,

8 |      Plaintiff,

No. 2:06-CV-0935-RRB-PAN-P

9 | vs.

10 | THOMAS L. CAREY, <u>et al.</u>,

**<u>ORDER</u>**

11 |      Defendants.

12

13

14

15

16

17

Plaintiff Jason Barke ("Plaintiff"), a state prisoner filing pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

18

19

20

21

22

23

On June 13, 2006, Magistrate Judge John F. Moulds filed Findings & Recommendations (Docket No. 3) herein, which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the same were to be filed within twenty days. Plaintiff has not filed objections to the Findings & Recommendations.

24

25

26
ORDER DISMISSING PLAINTIFF'S ACTION - 1
2:06-CV-0935-RRB-PAN-P

The Court has reviewed the file and finds the Findings & Recommendations (Docket No. 3) to be supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1.   The Findings & Recommendations (Docket No. 3), filed on June 13, 2006, are adopted in full; and

2.   This action is **DISMISSED** without prejudice.

**ENTERED** this 26th day of July, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PLAINTIFF'S ACTION - 2
2:06-CV-0935-RRB-PAN-P